Raymond I. COOK;  Deborah Cook,
Plaintiffs–Appellants,

v.

CHELAN COUNTY SHERIFF'S DE-
PARTMENT;  Chelan County;  Chelan
County Prosecutor's Office;  Chelan
County Jail;  Kitsap County Sheriff's

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Harrison's motion for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Department; Kitsap County WA; County Prosecutor's Office; John Does, I and II; Gwinnett County; Gwinnett County Sheriff's Department; Ron Dobbins, Lt.; Howland, Deputy; Gwinnett County District Atty, Defendants,

and

Sherry Ellison, Asst. District Attorney, Gwinnett County; et al., Defendants–Appellees.

No. 99–36045.
D.C. No. CV–95–05686–JKA.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided May 25, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM ***

Raymond and Deborah Cook, husband and wife, appeal pro se the district court's refusal to exercise supplemental jurisdiction over their state law claims. We have jurisdiction pursuant to 28 U.S.C. § 1291. A court's refusal to exercise supplemental jurisdiction is reviewed for abuse of discretion. *San Pedro Hotel Co. v. City of Los Angeles,* 159 F.3d 470, 478 (9th Cir.1998) (citation omitted).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

The district court did not abuse its discretion by declining to exercise supplemental jurisdiction over the Cooks' state law claims after it properly dismissed all claims over which it had original jurisdiction. *See* 28 U.S.C. § 1367(c)(3); *Executive Software N. Am., Inc. v. United States Dist. Court,* 24 F.3d 1545, 1555–56 (9th Cir.1994).

Appellants' remaining contentions are not persuasive.

AFFIRMED.